UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD AREVALO, et al.,<br><br>    Plaintiff(s),<br><br> v.<br><br>AT&T MOBILITY SERVICES LLC, et al.,<br><br>    Defendant(s). | CASE NO. C25-1547-KKE<br><br>ORDER GRANTING MOTION TO STAY CASE PENDING MEDIATION |

  Before the Court is a stipulated motion to stay this case and all deadlines until 14 days after the parties' mediation, which is currently scheduled for January 7, 2026. Dkt. No. 15. The Court GRANTS the motion to stay the case through January 21, 2026. The parties shall file a joint status report by January 21, 2026, apprising the Court of the outcome of the mediation and the need, if any, for new initial disclosure and joint status report deadlines.

  Dated this 19th day of September, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO STAY CASE PENDING MEDIATION - 1