UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD AREVALO, et al., | CASE NO. C25-1547-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| AT&T MOBILITY SERVICES LLC, et al., | |
| Defendant(s). | |

This matter comes before the Court upon its own motion. On September 19, 2025, the Court granted the parties' stipulated motion to stay this case and all deadlines until 14 days after their scheduled mediation. Dkt. No. 16. The Court ordered the parties to file a joint status report by January 21, 2026, apprising it of the outcome of mediation and the need, if any, for new initial disclosure and joint status report deadlines. *Id.* To date, the parties have not filed their joint status report. As such, the parties are ORDERED to show cause as to why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Dated this 28th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1