The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

GERALD AREVALO and SKYLAR RUEN, individually and on behalf of all others similarly situated,

                                    Plaintiffs,

        v.

AT&T MOBILITY SERVICES LLC, a foreign limited liability company; NEW CINGULAR WIRELESS PCS, LLC, a foreign limited liability company; AT&T CORP., a foreign profit corporation; AT&T SERVICES, INC., a foreign profit corporation; AT&T, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

                                    Defendants.

No. 2:25-cv-01547-KKE

**ORDER GRANTING STIPULATED MOTION TO REMAND**

Pursuant to the Parties' stipulation (Dkt. No. 21), this matter is remanded to King County Superior Court for completion of a class-wide settlement.

IT IS SO ORDERED.

The Clerk of Court is directed to administratively close this case.

Dated: February 20, 2026

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

No. 2:25-cv-01547-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

**EMERY | REDDY, PC**

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah M. Hamley, WSBA No. 59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
          reddyp@emeryreddy.com
          paul@emeryreddy.com
          hannah@emeryreddy.com

*Attorneys for Plaintiff*

**PAUL HASTINGS LLP**

By: */s/ James P. de Haan*
Raymond W. Bertrand, *Pro Hac Vice*
James P. de Haan, WSBA No. 64613
4655 Executive Drive, Suite 350
San Diego, CA 92121
Phone: (858) 458-3000
Email: raymondbertrand@paulhastings.com
          jamesdehaan@paulhastings.com

**JB LAW LLC**

By: */s/ Jennifer D. Bucher*
Jennifer D. Bucher, WSBA No. 23971
PO Box 17542
Seattle, WA 98127
Phone: (206) 887-1950

*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO
REMAND - 2

No. 2:25-cv-01547-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711